```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/20
```

# MEMORANDUM ENDORSED

## SAPONE & PETRILLO, LLP

| | |
|---|---|
| William S. Petrillo, Esq., Partner | Chase S. Ruddy, Esq., Senior Associate |
| Edward V. Sapone, Esq., Partner | Michael Vitaliano, Esq., Associate |
| **MANHATTAN** | **LONG ISLAND** |
| 1 Penn Plaza, Suite 5315 | 1103 Stewart Avenue, Suite 200 |
| New York, New York 10119 | Garden City, New York 11530 |
| Telephone: (212) 349-9000 | Telephone: (516) 678-2800 |
| Facsimile: (212) 349-9003 | Facsimile: (516) 977-1977 |
| E-mail: ed@saponepetrillo.com | E-mail: william@saponepetrillo.com |

June 9, 2020

Hon. Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States of America v. Kin Lui Chen*
      *Ind. No.: 18-CR-827 (GHW)*

Dear Judge Woods:

I am retained counsel to Defendant Kin Lui Chen in the above-referenced case. Mr. Chen was sentenced on March 10, 2020 to time served to be followed by three years of supervised release.

Following Mr. Chen's arrest on August 7, 2018, he turned over to Pretrial Services his United States Permanent Resident Card, Hong Kong ID, and Hong Kong passport. Following Mr. Chen's sentencing, we have been in contact with Pretrial Services. According to Pretrial Services, Mr. Chen must seek a Court Order for the return of his identification documents within 30 days, or Pretrial Services will send the documents to the Department of State.

I am, therefore, writing to respectfully request that the Court order Pretrial Services to release Mr. Chen's identification documents back to him.

I have spoken with the government, by AUSA Daniel Nessim, who has no objection to this request.

As always, Your Honor's consideration is much appreciated.

Respectfully submitted,

*/S/ Edward V. Sapone*
Edward V. Sapone

Cc:   AUSA Daniel Nessim, Esq.

Application granted. Pretrial Services is authorized to return Mr. Chen's travel documents to him or to his counsel. In light of COVID-19, Pretrial Services may return the documents to Mr. Chen by mail or express mail delivery to an address designated by Mr. Chen's counsel. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 146.

SO ORDERED
June 9, 2020
                      GREGORY H. WOODS
                      United States District Judge